IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL DREAM LABS, LLC, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 16-cv-00860-JFC |
| v. | ) ) ) ) |
| PRIMO TOYS LTD., | ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Digital Dream Labs, LLC), hereby provides notice of voluntary dismissal of this action without prejudice. Plaintiff reserves all rights to pursue future claims against Defendant and/or any related entities.

Date:   December 7, 2016            Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

By: */s/ David G. Oberdick*

David G. Oberdick, Esquire
Pa. I.D. No. 47648
Email: dgo@muslaw.com

Tony J. Thompson, Esquire
Pa. I.D. No. 204609
Email: tjt@muslaw.com

Michael G. Monyok, Esquire
Pa. I.D. No. 201198
Email: mgm@muslaw.com

ATTORNEYS FOR PLAINTIFF