IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIGITAL DREAM LABS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-cv-00860-JFC |
| v. | ) |
| | ) |
| | ) |
| PRIMO TOYS LTD., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this _____ day of December 2016, upon consideration of the Plaintiff's Notice of Voluntary Dismissal without Prejudice, it is hereby ORDERED that the above-captioned action is dismissed without prejudice.

By the Court:

_____
Joy Flowers Conti, Chief Judge