**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT　　　　　　　　　　　　　　　IN REPLYING GIVE NUMBER
412–208–7500　　　　　　　　　　　　　　　OF CASE AND NAMES OF PARTIES

Date: December 9, 2016

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

　　　　RE: DIGITAL DREAM LABS, LLC vs. PRIMO TOYS LTD
　　　　　Case Number:   **2:16–CV–00860–JFC**

Dear Commissioner:

　　Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

　　　　　　　　　　Sincerely,

　　　　　　　　　　ROBERT V. BARTH, JR.
　　　　　　　　　　CLERK OF COURT

　　　　　　　By: **/s/ jsp**
　　　　　　　　　　Deputy Clerk

Enclosures